IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KEVIN VOELKER, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 2:16-cv-168-WCO |
| : | |
| ONSITE SERVICE SOLUTIONS, INC., : | |
| d/b/a THE BOAT SHOP, ADVANCED : | |
| RETAIL SERVICES, INC., and : | |
| BEN STUDER, : | |
| : | |
| Defendants. : | |

**<u>ORDER</u>**

This case is before the court for consideration of the parties' Joint Motion for Approval of Settlement Agreement [10]. The court heard from the parties on this matter in open court on December 14, 2016, and verbally granted the motion. This order serves merely to memorialize that ruling.

After scrutinizing a proposed settlement for claims under the Fair Labor Standards Act ("FLSA"), the district court may enter a stipulated judgment. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The FLSA requires that the court assess the reasonableness of attorney fees in adequately compensating counsel while also providing the allegedly wronged

employee with a sufficient recovery. *See Silva v. Miller*, 307 F. App'x 349, 351 (11th Cir. 2009).

The court finds that the settlement agreement and corresponding release represent a fair, adequate, and reasonable compromise. The court finds that the agreement is the product of arm's length negotiations and is not tainted by collusion or an impermissible conflict of interest. The court also finds that plaintiff's requested attorney's fees and costs are reasonable.

Therefore, the court hereby **GRANTS** the parties' motion [10] and **APPROVES** the settlement agreement attached thereto. (*See* Ex. A to Joint Mot. for Approval of Settlement Agreement, ECF No. 10-1.) This case is hereby **DISMISSED with prejudice**. The court retains jurisdiction in order to enforce the settlement agreement.

IT IS SO ORDERED, this 20th day of December, 2016.

s/*William C. O'Kelley*
William C. O'Kelley
Senior United States District Judge
